# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                        CASE NO. 22-10079-JWB

ANDREA BROOKE KENDALL, and
AARON ROBERSON,

    Defendants.

### GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY
### (LANA GOODSON)

APPEARS NOW the United States of America, by and through Debra L. Barnett, Assistant United States Attorney, and provides notice to the defendants, pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703, and 705, of the government's intent to offer expert witness testimony in its case-in-chief at trial. The government respectfully reserves the right to offer additional testimony by this expert, and for the expert to amend or adjust her opinions and bases for those opinions due to information made known to the expert before or during trial.

I. <u>Name of Expert – Field of Expertise</u>

The government will call Forensic Scientist Lana Goodson from the Sedgwick County Regional Forensic Science Center, as an expert witness if this matter goes to trial.

Ms. Goodson's Curriculum Vitae and Drug ID Laboratory Reports[1] will be provided to the defense.

II. <u>Expert's Methodology, Opinion and Bases</u>

In the reports prepared by Ms. Goodson, she sets forth a description of the evidence she examined, a method for identifying the items (a container and item designation, along with a brief description of the packaging and contents presumably for identification purposes), which items she examined, her methodology, the results and additional remarks. The reports are signed by Ms. Goodson and contain "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that Ms. Goodson is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

III. <u>Expert's Publications and Prior Testimony</u>

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires, however, a list of all publications authored by Ms. Goodson in the previous 10 years and a list of all cases in which, during the previous four (4) years, Ms. Goodson has testified as an expert at trial or by deposition. The government advises that Ms. Goodson has not published any prior papers, articles, or documents in relation to the examination and identification of controlled

---

[1] Only one of Ms. Goodson's reports addresses charges regarding Defendant Roberson, meaning that all of Ms. Goodson's reports address the charges regarding Defendant Kendall.

substances within the last 10 years. Ms. Goodson's curriculum vitae, however, describes two articles co-authored from 2004 and 2006, respectively. As for Ms. Goodson's previous expert testimony, it is as follows:

| Date | Lab No. | Court | Prosecutor |
|---|---|---|---|
| 3/6/2019 | 16-02774 | States Court | Matt Dwyer |
| 4/23/2019 | 18-00771 | State Court | Matt Erb |
| 11/6/2020 | 19-02143 | State Court | Aaron Britenbach |
| 5/20/2021 | 19-02224 | State Court | Kelsey Floyd |
| 12/15/2021 | 20-00203 | Federal | Debra Barnett |
| 1/21/2022 | 21-01660 | State Court | Shauna Leslie |
| 2/22-2/23/2022 | 21-00481 | State Court | Sharon Barnett |
| 3/2/2022 | 19-00829 | Federal | Katie Andrusak |
| 3/22/2022 | 20-02066 | State Court | Josh Wright |
| 7/25/2022 | 21-00888 | State Court | Moriah Plowden |
| 9/9/2022 | 22-01763 | State Court | Jason Roach |

If called to testify the government will ask Ms. Goodson to testify regarding the content of her reports which include her examination of various marked exhibits, how she examined the exhibits, how markings on the exhibits correspond to her method for identifying the items in her report, and the controlled substance found in each exhibit/item along with its weight.

If the Court or defense counsel have any questions or issues regarding this disclosure or Ms. Goodson's testimony, the government is prepared to respond.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

 /s/  Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Ph: 316-268-6481 (Office)
Fax: 316-269-6484
Kan. S. Ct. No. 12729
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2023, I electronically filed the foregoing Notice of Expert Testimony with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sylvia Penner
Counsel for Defendant Kendall

Paul McCausland
Counsel for Defendant Roberson

 /s/  Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney