# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                            **CASE NO. 22-10079-JWB**

ANDREA BROOKE KENDALL, and
AARON ROBERSON,

      Defendants.

---

## UNITED STATES' DESIGNATION OF EXPERT
## (JUSTIN SPRAGUE)

---

APPEARS NOW the United States of America, by and through Debra L. Barnett, Assistant United States Attorney, and provides notice to the defendant, pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703, and 705, of the government's intent to offer expert witness testimony in its case-in-chief at trial. The government respectfully reserves the right to offer additional testimony by this expert, and for the expert to amend or adjust his opinions and bases for those opinions due to information made known to the expert before or during trial.

I.     <u>Name of Expert – Field of Expertise</u>

The government intends to call Special Agent Justin Sprague of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), as an expert witness if this matter goes to trial.

In discovery materials the government will provide SA Sprague's Report of Investigation sets forth his opinions that the government intends to elicit at trial, the bases and reasons for these opinions, as well as SA Sprague's qualifications (in a document titled "Statement of Qualifications" for Special Agent Justin D. Sprague Bureau of Alcohol, Tobacco, Firearms, and Explosives Wichita, Kansas). Copies of photographs of the firearms and ammunition will also be provided with the report.

The Report of Investigation is digitally signed by SA Sprague and contain "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." SA Sprague is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

Fed.R.Crim.P. 16(a)(1)(G)(iii), however, additionally requires a list of all publications authored by SA Sprague during the previous 10 years and a list of all cases in which, during the previous four (4) years, SA Sprague has testified as an expert at trial or by deposition. The government advises that SA Sprague previously testified as an expert in United States v. Roger Moss, 20-10038-JWB, in December of 2021. SA Sprague has not authored any publications in relation to the nexus of firearms and/or ammunition.

If the Court or defense counsel have any questions regarding this disclosure or SA Sprague's reports, the United States is prepared to address them.

KATE E. BRUBACHER
United States Attorney

  /s/    Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorney for the defendants.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney